# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361| 718.279.4500 | stevezissou@stevezissouesq.com

January 7, 2016

**By ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Howard E. Leventhal*
        Case No. 13-CR-695 (BMC)

Dear Judge Cogan:

I write to modify my previous request for the scheduling of a status conference as set forth below.

As I wrote in my previous letter (ecf# 95), since he was detained on September 12, 2015, Mr. Leventhal has filed a number of *pro se* written requests with the Court.  One such filing (see ecf# 92) contains an allegation that raises an attorney/client conflict that I am duty bound to bring to the Court's attention.  I believe that it is one that Your Honor will be inclined to resolve before proceeding further.

I have discussed this request with the attorney for the government, Winston Paes, and he advised me he does not object to scheduling a status conference. Both counsel are available on January 21, 2016, and it is my understanding that the Court can accommodate the parties on that date as well since a sentence hearing is currently scheduled for that date.

Accordingly, I respectfully request that the sentence hearing be converted to a status conference so that the Court can address the issues in whatever manner it deems appropriate.

Thank you very much for your consideration in this matter.

Respectfully submitted,

*Steve Zissou*

Steve Zissou

cc: Winston Paes, AUSA, by ECF